UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANISHA MITCHELL and KIM MOSELEY, individually, and on behalf of all similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>NY & CO ECOMM LLC; NY & CO IP LLC; and SAADIA GROUP LLC<br><br>Defendants. | No. 2:23-cv-10117–MWF(MRWx)<br><br>**ORDER GRANTING STIPULATION TO SET BRIEFING SCHEDULE ON MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

Having reviewed the parties' Stipulation to Set Briefing Schedule on Motion to Dismiss First Amended Complaint (Docket No. 19), and for good cause shown, the Court hereby GRANTS the parties' Stipulation and ORDERS as follows:

1. The Order Granting Stipulation to Further Extend Defendants' Deadline to Respond to Complaint (Docket No. 17) is vacated and rendered moot by the filing of the First Amended Complaint ("FAC" (Docket No. 18)).

2. Defendants' Motion to Dismiss FAC shall be filed by **February 16, 2024,** and noticed for hearing on **April 1, 2024**, at 10:00 a.m.

3. Plaintiffs' Opposition to Defendants' Motion to Dismiss FAC shall be filed by **March 8, 2024.**

4. Defendants' Reply in support of their Motion to Dismiss FAC shall be filed by **March 18, 2024.**

IT IS SO ORDERED.

Dated: February 1, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge