UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 23-10117-MWF(MRWx)**                                              Date:  August 13, 2024

Title   ***Kanisha Mitchell, et al. v. NY and Co Ecomm LLC, et al.***

Present: The Honorable:     MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the First Amended Complaint (the "FAC") was filed on January 31, 2024.  (Docket No. 18).  On March 26, 2024, the Court denied Defendants' Motion to Dismiss the FAC. (Order (Docket No. 25)).  The Order required Defendants to answer the FAC by April 22, 2024.

On May 17, 2024, Defendants filed a document titled Motion to Dismiss Plaintiffs' First Amended Complaint.  (Motion (Docket No. 27)).  On May 20, 2024, the Court filed an Order Striking Filed Documents from the Record because the document was filed on the docket as a Motion to Withdraw but was titled a Motion to Dismiss; it filed to provide sufficient notice; and no proposed Order was filed with the Motion.  (Docket No. 28).  Attorney Levi Lesches remains counsel of record for Defendants.

The Court **ORDERS** Plaintiffs to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **AUGUST 26, 2024**.

- Defendants' Answer to the FAC.
   OR
- Plaintiffs' Application to the Clerk to Enter Default.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 23-10117-MWF(MRWx)**                                   Date:  August 13, 2024

Title         ***Kanisha Mitchell, et al. v. NY and Co Ecomm LLC, et al.***

  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **AUGUST 26, 2024,** will result in the dismissal of this action.

  IT IS SO ORDERED.

                        Initials of Preparer:  RS/sjm