ALEXANDER E. WOLF (SBN 299775)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
awolf@milberg.com
280 South Beverly Drive, Penthouse
Beverly Hills, California, 90212
Tel: 872-365-7060

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANISHA MITCHELL and KIM MOSELEY, individually, and on behalf of all similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>NY & CO ECOMM LLC; NY & CO IP LLC; and SAADIA GROUP LLC<br><br>Defendants. | Case No. 2:23-cv-10117–MWF–MRW<br><br>Hon. Michael W. Fitzgerald<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), please take notice that this action is voluntarily dismissed without prejudice in its entirety. Defendants have not served an answer or motion for summary judgment in this action, and Plaintiffs have not previously dismissed any action based on the same or similar claim against Defendants. Accordingly, Plaintiffs respectfully notice voluntary dismissal of this action without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i) (authorizing dismissal "without a court order . . . before the opposing party serves either an answer or a motion for summary judgment"); Fed. R. Civ. P. 41(a)(1)(B); *Pedrina v. Chun*, 987 F.2d 608, 610 (9th Cir. 1993); *Com. Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1077 (9th Cir. 1999).

Dated:  August 22, 2024           Respectfully submitted,

MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC

By: */s/ Alexander E. Wolf*
    ALEXANDER E. WOLF
    Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 22, 2024 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ Alexander E. Wolf*
Alexander E. Wolf